

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-21-00548-CV

Luis G. **SEGURA**,
Appellant

v.

Luis **SEGURA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02922
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order that no costs be assessed against appellant Luis G. Segura.

It is so **ORDERED** on April 20, 2022.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

Michael A. Cruz, Clerk of Court